AO 91 ( Rev. 5/85) Criminal Complaint

**FILED**
February 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MG CIENEGA
DEPUTY

# United States District Court

Western DISTRICT of Texas

United States of America
V.

Ana Karen Juarez Jaralillo

(Name of Defendant)

**Criminal Complaint**
**Case Number: DR24-**
**DR24-376M**

I, the undersigned complainant being sworn state the following is true and correct to the best of my knowledge and belief. On or about February 12, 2024, in Maverick County, in the Western District of Texas, the defendant did,

knowingly and willfully make false, fictitious, or fraudulent statements or representations to United States Customs and Border Protection Officers.

in violation of Title 18 United States Code, Section(s) 1001.

I further state that I am a(n) Customs & Border Protection Enforcement Officer and that this complaint is based on the following facts:

On February 12, 2024, at the Camino Real International Port of Entry in Eagle Pass, Texas, the defendant, Ana Karen Juarez Jaralillo, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts to Customs and Border Protection Officers as she attempted to enter the United States by falsely claiming to be a bonifide nonimmigrant tourist visitor of the United States. She then presented to Customs and Border Protection Officers a counterfeit DSP-150 B1/B2 nonimmigrant Laser Visa bearing her name and picture to substantiate her claim. The defendant made false statements to Customs and Border Protection Officers about her legal immigration status in her attempt to enter the United States. The defendant did not own or possess any legal documents to enter, reside, or remain in the United States.

Continued on the attached sheet and made a part hereof: ___ Yes XX No

Ethelvina I. Felan CBPOE
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 13, 2024 at Del Rio, Texas
Date City and State

Joseph A. Cordova U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer